**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Carlos Humberto FLORES–KING,**
**Defendant–Appellant.**

**No. 13–40886**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 4, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Carlos Humberto Flores–King, Springfield, MO, pro se.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Carlos Humberto Flores–King has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). In response, Flores–King has filed a motion

---

for appointment of substitute counsel and a Spanish-speaking interpreter.

Because Flores–King has completed the confinement portion of his sentence and has evinced a desire to appeal only his sentence, his appeal is now moot. *See United States v. Rosenbaum–Alanis,* 483 F.3d 381, 382 (5th Cir.2007); *cf United States v. Villanueva–Diaz,* 634 F.3d 844, 848–849 (5th Cir.2011). Accordingly, the appeal is DISMISSED as moot. Counsel's motion to withdraw and Flores–King's motion for appointment of substitute counsel and a Spanish-speaking interpreter are DENIED as unnecessary.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.